UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED IN OPEN COURT
OCT 29 2003
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *versus* | : | CRIMINAL NO. 03-123-B-M3 |
| SHAWN PHILLIP BRADY | : | UNDER SEAL |

### FACTUAL BASIS

On or about November 11, 1999, defendant **SHAWN PHILLIP BRADY** hacked into a computer system operated by national defense contractor TRW, Inc., Space & Technology Division, in Redondo Beach, California. Defendant accessed the system, without authorization, by means of an interstate communication from a computer in his home at 12033 Roddy Road, Apt. #4, Gonzales, Louisiana. The compromised system was used in interstate and foreign commerce and communication and was part of a network supporting a joint project with Korea known as KOMPSAT (Korean Multi-Purpose Satellites). **BRADY** obtained "root" (i.e., system administrator) privileges on the system. He later provided passwords and other information to a cooperating source which allowed the source to access the TRW system. Although **BRADY** did not damage the system or download files, he looked at satellite location information stored on the system.

